**STORK v. STELMACK.**

EXECUTION — CANCELLATION — PRIOR EXECUTION — SATISFACTION OF
JUDGMENT.
  Defendants were entitled to cancellation of execution and levy
  against certain real property where plaintiff's judgment had
  been satisfied by execution sale of other property, and plain-
  tiff may not contend that previous execution sale was void
  because of foreclosure of a prior recorded mortgage.

Appeal from St. Clair; Miller (Alan C.), J. Sub-
mitted Division 2 February 6, 1968, at Lansing.
(Docket No. 3,025.)  Decided August 30, 1968.

Complaint by Charles Stork against Stephen and
Betty Stelmack.  Judgment for plaintiff, and execu-
tion and levy against real estate.  Motion by defend-
ants to cancel subsequent execution and levy on other
property.  Motion granted.  Plaintiff appeals.
Affirmed.

*Arthur M. Mann,* for plaintiff.

*Nelson S. Shaperd* and *Harold N. Weler,* for de-
fendants.

PER CURIAM.  An execution and levy was made
against certain real property of defendants for the
purpose of satisfying plaintiff's judgment against
defendants.  Defendants' motion to cancel the execu-

REFERENCE FOR POINTS IN HEADNOTE
30 Am Jur 2d, Executions § 721.

tion was granted by the circuit court on the ground that the judgment had been satisfied by a previous execution sale on other property of defendants and from this ruling plaintiff appeals.

A review of the briefs and record discloses that there was a previous execution sale to plaintiff of real property of defendants at a bid in excess of the amount of the judgment. Plaintiff's contention that the prior execution sale is void because of the foreclosure of a prior recorded mortgage is untenable.

Affirmed. Costs to appellee.

QUINN, P. J., and T. K. KAVANAGH and CORKIN, JJ., concurred.